

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAJMEDIN MASAR ZAKARIA,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, warden of Otay Mesa Detention Center; et al.,<br><br>Respondents. | Case No.: 26-cv-2751-BJC-MMP<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**[ECF No. 1]** |

On May 4, 2026, Najmedin Masar Zakaria ("Petitioner") filed a petition for a writ of habeas corpus. ECF No. 1. On June 7, 2026, the Court set a briefing schedule and issued a limited stay. ECF No. 4. On June 14, 2026, Respondents filed a return to the petition stating that "this Court should order that Petitioner receive a bond hearing, where the government would bear the burden of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight." ECF No. 6 at 1.

Having reviewed the pleadings, the Court **GRANTS** the petition for a writ of habeas corpus. Respondents **shall hold a bond hearing within fourteen days** of this order and cannot deny bond at the hearing based on 8 U.S.C. § 1225. Respondents are enjoined from transferring Petitioner before a bond hearing takes place. The Clerk of Court shall close

1

26-cv-2751-BJC-MMP

this matter.

   **IT IS SO ORDERED**.

Dated:  July 24, 2026

Honorable Benjamin J. Cheeks
United States District Judge

26-cv-2751-BJC-MMP